UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELIA MITCHELL-WILLIAMS,

    Plaintiff,

v.

                                Case No. 17-CV-12101

                                HON. GEORGE CARAM STEEH

CAPIO PARTNERS, LLC,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's opinion and order granting Defendant's motion for summary judgment, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                          By:   s/Marcia Beauchemin
                                  Deputy Clerk

Dated: July 26, 2018
        Detroit, Michigan

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 26, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk